TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Cavalry Portfolio Services, LLC
and Winn Law Group, APC

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ERIC WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CAVALRY PORTFOLIO SERVICES, LLC and WINN LAW GROUP, APC<br><br>Defendant. | CASE NO.  CV10-00255 JVS (ANx)<br><br>**JUDGMENT**<br><br>Date:     July 19, 2010<br>Time:    1:30 p.m.<br>Crtrm.:  10C<br><br>The Honorable James V. Selna |

1    The motion of defendants Cavalry Portfolio Services, LLC and Winn Law Group, APC for summary judgment came on for hearing on July 19, 2010 before this Court. For the reasons stated in the Court's Order Granting Defendants' Motion for Summary Judgment, dated July 19, 2010, JUDGMENT is hereby entered in favor of defendants Cavalry Portfolio Services, LLC and Winn Law Group, APC and against plaintiff Eric Williams.

Defendants shall have their costs of suit in the amount of $_____.

IT IS SO ORDERED.

Dated: July 21, 2010         By: _____
                             The Honorable James V. Selna
                             United States District Judge